| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW P. CAPUTO (CASBN 203655)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7004<br>Fax: (415) 436-7234 |
| 8 | Email: andrew.caputo@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0039 WHA |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| JAIME GONZALEZ, | ) | |
| Defendant. | ) | |
| | ) | |

With the agreement of the parties, and with the consent of defendant Jaime Gonzalez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from February 6, 2007, to March 13, 2007. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel is in the process of investigating the circumstances of a prior conviction sustained by the defendant in another jurisdiction and has sought this time exclusion in order to conduct that investigation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 6, 2007, to March 13, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on February 6, 2007, the Court ordered that the period from February 6, 2007, to March 13, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: February 6, 2007

JOSH COHEN
Attorney for Defendant

DATED: February 6, 2007

ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 12, 2007

HONORABLE WILLIAM H. ALSUP
United States District Judge